No. 78–6805.   STEELMAN *v.* COLORADO ET AL.   Sup. Ct. Colo. Certiorari denied.

No. 78–6938.   GARCIA *v.* UNITED STATES.   C. A. 7th Cir. Certiorari denied.

No. 79–16.   CODUTO ET AL. *v.* UNITED STATES.   C. A. 7th Cir.   Certiorari denied.

No. 79–39.   MARQUETTE ET AL. *v.* UNITED STATES ET AL. C. A. D. C. Cir.   Certiorari denied.

No. 79–68.   PRESTON ET AL. *v.* UNITED STATES.   C. A. 7th Cir.   Certiorari denied.

No. 79–100.   GRIMES *v.* UNITED STATES.   C. A. 6th Cir. Certiorari denied.

No. 79–131.   SEA-LAND SERVICE, INC. *v.* UNITED STATES. C. A. D. C. Cir.   Certiorari denied.

No. 79–133.   HANOVER INSURANCE CO., SUCCESSOR TO MASSACHUSETTS BONDING & INSURANCE CO. *v.* COMMISSIONER OF INTERNAL REVENUE.   C. A. 1st Cir.   Certiorari denied.

No. 79–140.   FADELL *v.* UNITED STATES.   C. A. 7th Cir. Certiorari denied.

No. 79–157.   ORIGINAL COSMETICS PRODUCTS, INC., ET AL. *v.* STRACHAN, POSTMASTER AT NEW YORK CITY, ET AL.   C. A. 2d Cir.   Certiorari denied.

No. 79–170.   RYAN *v.* UNITED STATES.   C. A. 7th Cir.   Certiorari denied.

No. 79–180.   SHEEDY *v.* UNITED STATES.   C. A. 7th Cir. Certiorari denied.